UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANTHONY DURHAM, MARY GRIGONIS
and RANDYE GOLDENBERG,

                    Plaintiffs,

          - against -

FAMILY SERVICE LEAGUE, INC.,
ROBERTA KARANT, JAMES LACKNER,
MADELINE KANE, REINHARDT VAN DYKE,
KAREN BOORSHTEIN and DIANE HODGE,

                    Defendants.
-------------------------------------------------------------X

**ORDER**

CV 08-4645 (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Before the Court are (1) Defendants' motion for leave to move for partial dismissal [DE 21], and (2) Defendants' motion [DE 34] for partial dismissal of Plaintiffs' Second Amended Complaint pursuant to Rule 12(b)(6) or, in the alternative, a motion for judgment on the pleadings pursuant to Rule 12(c), or for summary judgment pursuant to Rule 56 (the "Motion to Dismiss"). Plaintiffs oppose [DE 36] the Motion to Dismiss. Having reviewed the papers submitted by counsel for both sides, and having heard oral argument from both sides, I am granting, in part, Defendants' Motion to Dismiss. A written decision will be issued subsequently. Defendants' motion for leave to file [DE 21] is hereby deemed moot.

                                                              **SO ORDERED.**

Dated: Central Islip, New York
         March 31, 2010

                                                       /s/ A. Kathleen Tomlinson
                                                       A. KATHLEEN TOMLINSON
                                                       U.S. Magistrate Judge